

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| John D. Hamrick, | § | No. 08-16-00244-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| The State of Texas, | § | of Bell County, Texas |
| State. | § | (TC# 2C13-2833) |
| | § | |

# **O R D E R**

The Appellant's brief in the above styled and numbered cause was due July 18, 2017. The Court having granted four motions for extension of time to file the brief. As of the date of this order, no brief or additional motion for extension of time to file the brief has been filed with this Court.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before August 23, 2017.

IT IS SO ORDERED this 24th day of July, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.